IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERT TREVINO, JAIME PENA, ISRAEL EDUARDO OLIVAREZ, JOSE RAMON CANTU, ALEXANDER CANTU, IVAN CHAVEZ, ROLANDO TREVINO, ROBERTO SALAZAR, OTONIEL VILLAREAL AND YAMILEX SALAZAR, <br><br> *Plaintiffs*, <br> v. <br><br> TFS SERVICES LLC, AND TEXAS FABCO SOLUTIONS, INC., <br><br> *Defendants*. | C. A. NO. 7:22-cv-00158 |

## TEXAS FABCO SOLUTIONS, INC.'S DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Court's May 16, 2022 Order [Dkt. 2] and FED. R. CIV. P. 7.1, Defendant Texas Fabco Solutions, Inc. ("Defendant") files this Disclosure of Interested Parties. Defendant knows, or has reason to believe, that each of the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may have a financial interest in the outcome of this case:

1. Plaintiff Robert Trevino;

2. Plaintiff Jaime Pena;

3. Plaintiff Israel Eduardo Olivarez;

4. Plaintiff Jose Ramon Cantu;

5. Plaintiff Alexander Cantu;

6. Plaintiff Ivan Chavez;

7. Plaintiff Rolando Trevino;

8. Plaintiff Roberto Salazar;

9. Plaintiff Otoniel Villareal;

10. Plaintiff Yamilez Salazar;

11. Counsel for Plaintiffs, Daniel E. Vargas, The Vargas Law Office, 324 W. University Drive, Edinburg, Texas, 78539;

12. Defendant Texas Fabco Solutions, Inc., a privately held corporation organized under the laws of the State of Texas. No publicly traded company owns 10% or more of the shares of Texas Fabco Solutions, Inc.; and

13. Defendant TFS Services LLC, a New Mexico limited liability company.

If new parties are added or if additional parties or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, Defendant will promptly file an amended certificate with the Court.

Date: May 31, 2022

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Ashlee C. Grant*
Ashlee C. Grant, *attorney-in-charge*
Texas Bar No. 24082791
Federal ID No. 1607786
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 646-1364
Fax: (713) 751-1717
agrant@bakerlaw.com

**ATTORNEY FOR DEFENDANT TEXAS FABCO SOLUTIONS, INC.**

## **CERTIFICATE OF SERVICE**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing was served via electronic mail on May 31, 2022, upon counsel of record for Plaintiffs:

Daniel E. Vargas
The Vargas Law Office
324 W. University Drive
Edinburg, Texas 78539
thevargaslawoffice@gmail.com

                                           */s/ Ashlee C. Grant*
                                           Ashlee C. Grant