United States District Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERT TREVINO, JAIME PENA, ISRAEL EDUARDO OLIVAREZ, JOSE RAMON CANTU, ALEXANDER CANTU, IVAN CHAVEZ, ROLANDO TREVINO, ROBERTO SALAZAR, OTONIEL VILLAREAL, and YAMILEX SALAZAR, | § § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00158 |
| TFS SERVICES and TEXAS FABCO SOLUTIONS, INC., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

COME NOW, the Plaintiffs ROBERT TREVINO, JAIME PENA, ISRAEL EDUARDO OLIVAREZ, JOSE RAMON CANTU, ALEXANDER CANTU, IVAN CHAVEZ, ROLANDO TREVINO, ROBERTO SALAZAR, OTONIEL VILLAREAL AND YAMILEX SALAZAR and Defendants TFS SERVICES, LLC AND TEXAS FABCO SOLUTIONS, INC. (the "Parties"), and announce that they have agreed, subject to the approval of the Court, to fully compromise and settle all issues, claims, and causes of action now existing or that may hereafter arise between Plaintiffs and Defendants. The total amount of the settlement is confidential, the terms of which are described in a confidential Compromise and Settlement Agreement (the "Settlement Agreement"), a copy of which has been tendered to the Court for in-camera review but was not filed with the Court.

All Parties have agreed that if this Order Approving Settlement and Final Judgment is approved by the Court that neither Plaintiffs nor anyone claiming by, through, or under Plaintiffs, will be able to recover anything further of or from Defendants.

After reviewing the pleadings filed in this case, the Court reviewed the details of the Settlement Agreement, with reference to the material facts regarding this lawsuit and all matters pertaining to the alleged liability of Defendants and the damages claimed by Plaintiffs, as well as the capacity of the Parties to prosecute this action as stated herein. Upon reviewing same, the Court is of the opinion that the Settlement Agreement is in the best interest of the Plaintiffs and that the terms of the Settlement Agreement are in all respects reasonable.

It is understood and agreed by Plaintiffs that the payment of the monies herein described is in settlement of disputed claims and that Defendants have denied liability and continue to deny liability of whatever nature to Plaintiffs. It is further understood and agreed that by this Settlement Agreement, Defendants make no admission of liability to Plaintiffs, which is specifically denied, or to any other person, firm, corporation, or other entity who did not assert a claim or file a lawsuit against Defendants, but rather that Defendants make this settlement solely to purchase peace and avoid the expense of further litigation.

Accordingly, the Court makes the following findings and Orders:

The Court finds that Plaintiffs and Defendants have satisfactorily compromised and settled all of the issues involved in the lawsuit herein.

The Court is of the opinion that the Settlement Agreement executed by Plaintiffs is fair and equitable and that the same should be, and is hereby in all things, approved. The Court further finds that Defendants have given good and valuable consideration to Plaintiffs for the settlement of this lawsuit. The Court further finds that the agreed upon settlement amounts, as set forth in the

Settlement Agreement between the Parties are to be paid to Plaintiffs in a manner agreed upon between Plaintiffs and their attorneys.

The Court further finds that the amounts are to be paid in full satisfaction of any and all claims which any Plaintiffs named herein have or might ever have against Defendants, their owners, agents, directors, officers, supervisors, attorneys, employees, representatives, shareholders, insurance carriers, and all persons acting by, through, or in concert with any of them, and that under no legal or equitable theory may Plaintiffs hereafter recover either directly or indirectly any further sums by reason of any new suits, new theories, new or different claims, actions, or cross-actions, counter-actions, or third-party actions, or other actions whatsoever.

The Court approves the settlement entered into by the Parties and finds that the claims of Plaintiffs against Defendants should be dismissed with prejudice; that Plaintiffs' claims asserted, or which could have been asserted herein, against Defendants are fully satisfied in all respects, and that no execution or other process shall ever issue herein against Defendants, and that Defendants are fully and finally released.

The Court finds that the terms of the Settlement Agreement provide that the taxable court costs will be paid by the Party incurring such costs.

The Court further finds that the terms of the Settlement Agreement provide that Plaintiffs will pay all fees due their attorneys from the settlement amount set forth in the Settlement Agreement. Plaintiffs and their attorneys acknowledge and agree that Defendants shall bear no responsibility for payment of Plaintiffs' attorneys' fees.

The Court further finds that Plaintiffs have agreed to INDEMNIFY, HOLD HARMLESS, and DEFEND Defendants from any and all claims, demands, action, and causes of action of any nature or character and any other claims, demands, actions, and causes of action, which may have

been or may hereafter be asserted against Defendants by any person, insurer, firm, company, and/or corporation.

It is ORDERED, ADJUDGED, and DECREED that all claims filed or which could have been filed by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**. All relief requested or which could possibly be requested by Plaintiffs not herein specifically granted is denied.

It is further ORDERED, ADJUDGED, and DECREED that court costs incurred herein are taxed against the Parties incurring such costs.

It is further ORDERED that no execution or other process shall ever issue against Defendants and that Defendants are fully and finally released.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of March 2024.

_____
Micaela Alvarez
Senior United States District Judge